IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

MJA, INC, D/B/A PRIMETIME SPORTS BAR,

    Plaintiff,

v.

WESTERN WORLD INSURANCE COMPANY,

    Defendants.

_____

### DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT
_____

Defendant, Western World Insurance Company ("Western World"), by and through its attorneys Satriana & Biscan, L.L.C., files this Notice of Removal. The grounds in support of this notice of removal are as follows:

1.    Western World was served with the summons and amended complaint in *MJA, Inc. v. Western World Insurance*, Case No. 2015CV32571, District Court, County of Denver, State of Colorado, on September 17, 2015. The amended complaint is attached hereto as Exhibit 1. Service of process was accomplished by way of waiver and acceptance. (Exhibit 2).

2.    MJA, Inc. d/b/a Primetime Sports Bar ("Plaintiff") amended complaint is a civil action concerning a surplus lines insurance policy, the cancellation of the policy by Western World, and claims by Plaintiff against Western World alleged to arise under that policy of insurance. Claims for Relief asserted include Breach of Contract (breach of the duty to defend and indemnify), the tort of Breach of Duty of Good Faith and Fair

Dealing, and statutory claims under C.R.S. §§10-3-1115(1)(a) and 1116(1).  There is a justiciable controversy for purposes of 28 U.S.C. §1441(a).

3. Plaintiff is a corporation resident in the State of Colorado.  (Exhibit 1, ¶ 1).  Plaintiff is incorporated in Colorado and its principle place of business is 17333 East 98th Way, Commerce City, CO 80222.  (Exhibit 3, records and filings of the Colorado Secretary of State).  Plaintiff is a citizen of Colorado.

4. Western World is not a resident of Colorado (Exhibit 1, ¶ 2).  Western World is incorporated in New Hampshire and its principle place of business is 400 Parsons Pond Drive, Franklin Lakes, New Jersey 07417-2600.  (Exhibit 4, records and filings of the New Hampshire Secretary of State; Exhibit 5, Affidavit of Gene Hamoud).  Western World is a citizen of New Hampshire.

5. There is complete diversity of the parties pursuant to 28 U.S.C. §1332(a)(1).

6. Plaintiff's amended complaint identifies $300,000.00 as the amount of coverage under the disputed insurance policy.  (Exhibit 1, ¶ 6).  The amended complaint contends that Plaintiff incurred attorney's fees and had a judgement against it in the amount of $280,810.00 as a result of the alleged breach of contract by Western World.  (Exhibit 1, ¶ ¶ 21, 22, 33, and 36).    Plaintiff reiterates its claim to that amount of damages and to unspecified other damages in tort.  (Exhibit 1, ¶ 43).  Plaintiff also seeks attorney's fees and double damages under its allegations of statutory violations.  (Exhibit 1, ¶ 47).  In light of the specific valuation of the damages sought by the amended complaint, the reasonable value of the claims at issue in this litigation are in excess of $75,000.00, the jurisdictional minimum pursuant to 28 U.S.C. §1332(a).   46 U.S.C.

§1446(c)(2); *Freeport-McMoRan, Inc. v. KN Energy*, 498 U.S. 428, 111 S. Ct. 858, 112 L. Ed. 2d 951 (1991) (amount in controversy is determined based on plaintiff's complaint when action is filed).

7. Because there is complete diversity of the parties and the amount in controversy exceeds $75,000.00 this Court has original jurisdiction of this action and removal is proper under 28 U.S.C. §1446.

8. Pursuant to 28 U.S.C. § 1446(a) and D.C.Colo.LR 81.1(b), and contemporaneously with the filing of this notice, a copy of all process, pleadings, and orders served upon any that were filed by any party in the District Court, Denver County, Colorado, and a copy of the docket sheet maintained by the Integrated Colorado Courts E-Filing System are, or within 14 days of this notice will be, separately filed. (The docket sheet is attached hereto as Exhibit 6).

9. At the time of filing of this Notice of Removal, no hearings are scheduled in the State Court.

10. Defendant has complied with the requirements of 28 U.S.C. § 1446 and D.C.Colo.LR 81.1.

11. A copy of this Notice of Removal has been filed with the Clerk of the District Court, Denver County, Colorado, and served on Plaintiffs' Counsel. A copy of the Notice to Adverse Parties and State Court of Removal to Federal Court, which has been filed with the District Court, Denver County, Colorado, is attached hereto as Exhibit 7.

12. In the amended complaint Plaintiff demands a jury trial.

WHEREFORE, Defendant Western World Insurance Company respectfully requests that this case be removed from the District Court, Denver County, Colorado, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendant be afforded such further relief as this Court deems proper.

Dated September 30, 2015.

Respectfully submitted,

s/ Matthew Y. Biscan
Satriana & Biscan, LLC
720 S. Colorado Blvd., Suite 452-S
Denver, Colorado  80246
(303) 468-5403
(303) 942-7360 (fax)
biscan@sbattys.com
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2015, I filed the foregoing **NOTICE OF REMOVAL TO FEDERAL COURT** with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner indicated by the non-participant's name:

Richard M. Crane, Esq.
675 Kalamath Street
Denver, CO 80204
573-573-5731
rick@richardcranelaw.com

Joseph M. Elio, Esq.
Law One
1444 Blake Street
Denver, CO  80202
303/831-8313
jelio@elawone.net

Denver District Court
ATTN: Clerk
1437 Bannock Street
Denver, CO 80202
VIA ICCES

MJA, Inc.
17333 East 98th Way
Commerce City, CO 80022
VIA CERTIFIED MAIL

            *s/Matthew Y. Biscan*_____