# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Senior District Judge Richard P. Matsch

Date:                December 23, 2015
Courtroom Deputy:    Robert R. Keech
FTR Technician:      Kathy Terasaki

---

Civil Action No. **15-cv-02162-RPM**           Counsel:

**MJA, INC, D/B/A PRIMETIME SPORTS**           Richard M. Crane
**BAR**,                                        Joseph M. Elio

     Plaintiff,

v.

**WESTERN WORLD INSURANCE**                    Matthew Y. Biscan
**COMPANY**,

     Defendant.

---

## COURTROOM MINUTES

---

**MOTION HEARING:** Defendant's Motion to Dismiss Under Fed.R.Civ.P. 12(b)(6) [ECF Doc. No. 9], filed October 6, 2015; Defendant's Motion to Strike Affidavit of Thomas L. Roberts, Exhibit 6 to Plaintiff's Response to Defendant's Motion to Dismiss Under Fed.R.Civ.P 12(b)(6) [ECF Doc. No. 13], filed November 10, 2015; and Plaintiff's Motion to Certify a Question of Law to the Colorado Supreme Court Pursuant to C.A.R. 21.1 [ECF Doc. No. 14], filed November 19, 2015

**1:54 p.m.**      **Court in session.**

        Court calls case.

        Appearances of counsel.

        Court's opening remarks.

| | |
|---|---|
| **ORDERED:** | Defendant's Motion to Strike Affidavit of Thomas L. Roberts, Exhibit 6 to Plaintiff's Response to Defendant's Motion to Dismiss Under Fed.R.Civ.P 12(b)(6) [ECF Doc. No. 13], filed November 10, 2015, is **GRANTED.** |
| | Defendant's Motion to Dismiss Under Fed.R.Civ.P. 12(b)(6) [ECF Doc. No. 9], filed October 6, 2015; and Plaintiff's Motion to Certify a Question of Law to the Colorado Supreme Court Pursuant to C.A.R. 21.1 [ECF Doc. No. 14], filed November 19, 2015, are raised for argument. |
| 1:59 p.m. | Argument by Defendant by Mr. Biscan. |
| 2:05 p.m. | Argument by Plaintiff by Mr. Crane. |
| 2:13 p.m. | Argument by Defendant by Mr. Biscan. |
| **ORDERED:** | Defendant's Motion to Dismiss Under Fed.R.Civ.P. 12(b)(6) [ECF Doc. No. 9], filed October 6, 2015, is **DEFERRED pending submission of a question of law to the Colorado Supreme Court.** |
| **ORDERED:** | Plaintiff's Motion to Certify a Question of Law to the Colorado Supreme Court Pursuant to C.A.R. 21.1 [ECF Doc. No. 14], filed November 19, 2015, is **GRANTED.** |
| | Court indicates a written order to follow. |
| **2:17 p.m.** | **Court in recess.  Hearing concluded.** |

**Total time:  23 minutes.**