IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02162-RPM

MJA, Inc., dba PRIMETIME SPORTS BAR,

    Plaintiff,

v.

WESTERN WORLD INSURANCE,

    Defendants.

_____

## ORDER GRANTING MOTION TO AMEND COMPLAINT
_____

Upon review of the Unopposed Motion to Amend Complaint [Doc. 22], it is

ORDERED that the motion is granted and the Second Amended Complaint [Doc. 22-1] is accepted for filing.

DATED: January 14, 2016

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge