IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02162-RPM

MJA, Inc., d/b/a PRIMETIME SPORTS BAR,

    Plaintiff,

v.

WESTERN WORLD INSURANCE COMPANY,

    Defendants.

_____

## JUDGMENT
_____

    Pursuant to the Order Granting Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint entered by Senior District Judge Richard P. Matsch today, it is

    ORDERED AND ADJUDGED that this action is dismissed. Defendant is awarded costs upon the filing of a bill of costs within 14 days.

    DATED: May 23, 2016

                    FOR THE COURT:

                    JEFFREY P. COLWELL, Clerk

                        s/M. V. Wentz

                    By_____
                            Deputy